FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. *Paul Lowell Harke* Defendant. | Case No.: CR98-00744-R <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_violation petition_
_pretrial services report_
_defendant's nonobjection_

1

1        and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and
3        convincing evidence that he/she is not likely to pose a danger to the
4        safety of any other person or the community if released under 18 U.S.C.
5        § 3142(b) or (c). This finding is based on the following:

6        violation petition
7        pretrial services report
8        defendant's nonobjection

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: January 27, 2012

HONORABLE SHERI PYM
United States Magistrate Judge